**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 11 2026

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

PROB 12B
ED/AR (12/2012)

# United States District Court

### for the

### Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision
### With Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:  George Robert                 Case Number:    4:17CR00030-JMM-2

Name of Sentencing Judicial Officer:   Honorable James M. Moody Jr.
U.S. District Judge

Original Offense:   Escape

Date of Sentence:   May 17, 2017

Original Sentence:   30 months Bureau of Prisons to run consecutive to the sentence he is currently serving, followed by 3 years supervised release to run concurrent with Case No. 5:14CR50004 in the Western District of Arkansas.

| | | |
|---|---|---|
| Type of Supervision:   Supervised Release | Date Supervision Commenced: | Tentative release date September 9, 2027 |
| | Date Supervision Expires: | Non-Applicable |

| | | | |
|---|---|---|---|
| U. S. Probation Officer:  Selina M. Ripa | Asst. U.S. Attorney:   Michael S. Gordon | Defense Attorney:   Lisa Peters | |

### PETITIONING THE COURT

☐    To extend the term of supervision for _____ year(s), for a total term of _____ years.

☒    To modify the conditions of supervision as follows:

Remove:

**The defendant will participate, under the guidance and supervision of the probation office in a substance abuse treatment program, which may include drug and alcohol testing, outpatient counseling, and residential treatment. The defendant will pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office. In the event the defendant is financially unable to pay for the cost of treatment, the co-pay requirement will be waived. Further, the defendant must abstain from the use of alcohol through the course of treatment.**

Add:

**You must participate in a program of testing and/or treatment for substance abuse approved by the probation officer and follow the rules and regulations of such program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program as to modality, duration, and intensity. You must abstain from the use of alcohol or other intoxicants throughout the period of supervision. You must not attempt to obstruct, tamper with or**

Prob 12B                     - 2 -                    Request for Modifying the<br>Conditions or Term of Supervision<br>With Consent of the Offender

Name of Offender:  George Robert                Case Number:  4:17CR00030-JMM-2

**circumvent the testing methods. You must pay for the cost of testing and/or treatment based on your ability to pay.**

**You must participate in a program of cognitive behavioral treatment (CBT) approved by the probation officer and follow the rules and regulations of such program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program as to modality, duration, and intensity. You must pay for the cost of treatment based on your ability to pay.**

**You must submit your person, property, house, residence, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media or office, to a search conducted by a United States probation officer. Failure to submit to search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that you have violated a condition of your supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.**

## CAUSE

On May 17, 2017, Mr. George Robert was sentenced by the Honorable James M. Moody Jr., for the offense Escape, as follows: 30 months Bureau of Prisons to run consecutive to the sentence he is currently serving, followed by 3 years supervised release to run concurrent with Case No. 5:14CR50004 in the Western District of Arkansas.

Mr. Robert has requested to relocate to the District of Colorado upon release and plans to reside at the home of his sister. The District of Colorado's U.S. Probation Office will accept Mr. Robert's request contingent upon their request conditions to be modified to include their stand language for treatment and the addition of their standard search condition.

Federal Public Defender Lisa Peters advised Mr. George Robert of his rights regarding the waiver of hearing. On March 3, 2026, Mr. Robert signed the attached Probation Form 49, agreeing to the modification

_____<br>Selina M. Ripa<br>U.S. Probation Officer

_____<br>Michael S. Gordon<br>Assistant U.S. Attorney

Date:   May 4, 2026

Date:     5/5/26

Prob 12B                                    - 3 -                          **Request for Modifying the**
                                                                    **Conditions or Term of Supervision**
                                                                       **With Consent of the Offender**

Name of Offender:  George Robert                         Case Number:  4:17CR00030-JMM-2

Approved by:

Supervising U.S. Probation Officer

---

THE COURT ORDERS:

☐  No Action
☐  The Extension of Supervision as Noted Above
☒  The Modification of Conditions as Noted Above
☐  Other

Honorable James M. Moody, Jr.                   Date   5/11/26
United States District Judge

c:  Federal Public Defender Lisa Peters
    Assistant U.S. Attorney Michael S. Gordon

PROB 49
(3/89)

# United States District Court

## Eastern District of Arkansas

### Waiver of Hearing to Modify Conditions
### of Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Add:**

You must participate in a program of testing and/or treatment for substance abuse approved by the probation officer and follow the rules and regulations of such program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program as to modality, duration, and intensity. You must abstain from the use of alcohol or other intoxicants throughout the period of supervision. You must not attempt to obstruct, tamper with or circumvent the testing methods. You must pay for the cost of testing and/or treatment based on your ability to pay.

You must participate in a program of cognitive behavioral treatment (CBT) approved by the probation officer and follow the rules and regulations of such program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program as to modality, duration, and intensity. You must pay for the cost of treatment based on your ability to pay.

You must submit your person, property, house, residence, papers, [computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media,] or office, to a search conducted by a United States probation officer. Failure to submit to search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that you have violated a condition of your supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

**Remove:**

The defendant will participate, under the guidance and supervision of the probation office in a substance abuse treatment program, which may include drug and alcohol testing, outpatient counseling, and residential treatment. The defendant will pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office. In the event the defendant is financially unable to pay for the cost of treatment, the co-pay requirement will be waived. Further, the defendant must abstain from the use of alcohol through the course of treatment.

Witness _____
(U.S. Probation Officer)

Signed X _____
(Probationer or Supervised Releases)

X 03-03-2026
(Date)

Lisa G. Peters

April 29, 2026